FILED

JAN 3 1 2008

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY⎯⎯⎯⎯⎯⎯⎯ DEPUTY

Martin G. Molina, Calif. Bar No. 176934
LAW OFFICE OF MARTIN G. MOLINA
185 West "F" Street, Suite 100
San Diego, California 92101
Telephone:  (619) 232-0620
CJA Attorney for Defendant
GABRIEL CASTRO

# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

(Magistrate Judge Nita L. Stormes)

08CR248-L

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) CASE NO.  08 MJ 115 |
| ) | |
| Plaintiff, | ) **ORDER AMENDING** |
| ) **CONDITIONS OF PRETRIAL** | |
| vs. | ) **RELEASE** |
| ) | |
| GABRIEL CASTRO, | ) |
| ) | |
| Defendant. | ) |

The Court amends the conditions of pretrial release by adding the following condition:

That the defendant surrender a ~~Remington~~ *Marlin* hunting rifle to the custody of his brother, Roberto

Castro, who resides at 3085 Pink Savory Way, Hemet, California 92545.  All other conditions

of pretrial release remain in effect.

IT IS SO ORDERED.

Date:  *1-31-08*

HON. NITA L. STORMES
UNITED STATES MAGISTRATE JUDGE

08 MJ 115