1  THOMAS G. GILMORE, ESQ.
   State Bar No. 91984
2  LAW OFFICES OF THOMAS G. GILMORE
   3232 FOURTH AVENUE
3  SAN DIEGO, CALIFORNIA 92103
   (619) 426-4444
4

5  Attorney for Material Witness

6

7

8                    UNITED STATES DISTRICT COURT

9                    SOUTHERN DISTRICT OF CALIFORNIA

10 UNITED STATES OF AMERICA,     ) CASE NO. 08CR0248
                                 )          08MJ0115
11                               )
                    Plaintiff,   ) NOTICE OF MOTION; MOTION FOR
12                               ) VIDEOTAPE DEPOSITION AND
   vs.                           ) SUBSEQUENT VOLUNTARY DEPORTATION
13                               ) OF MATERIAL WITNESS; MEMORANDUM
   Gabriel Castro,               ) OF POINTS AND AUTHORITIES AND
14                               ) DECLARATION OF THOMAS G. GILMORE
                                 ) IN SUPPORT THEREOF
15                               )
                                 ) DATE: February 14, 2008
16                  Defendant.   ) TIME: 9:30 am
   _____) PLACE: Courtroom of Magistrate
17                                        Nita L. Stormes

18     TO: UNITED STATES ATTORNEY; DEFENDANTS AND THEIR ATTORNEYS OF

19 RECORD:

20     PLEASE TAKE NOTICE that on February 14, 2008 at 9:30 a.m. or as

21 soon thereafter as the matter may be heard, material witness,

22 "A.G.R.", a minor, will move the Court for an Order that he be

23 subjected to a videotape deposition prior to trial and subsequent

24 voluntary deportation.

25     This motion will be based on 18 U.S.C. 3144 in that the

26 witness' testimony can be adequately secured by deposition and

27 further detention is not necessary to prevent a failure of justice.

28     This motion is further based on this notice of motion, the

                                  1

1 memorandum of points and authorities and declaration of Thomas G.
2 Gilmore filed herewith, and as such other and further evidence as
3 may be presented at the hearing of the motion.

                                        Respectfully submitted,

DATED: 2/13/08                 /ss/Thomas G. Gilmore
                                 THOMAS G. GILMORE, Attorney for
                                 Material Witnesses