Martin G. Molina (California Bar No. 176934)
LAW OFFICE OF MARTIN G. MOLINA
185 West "F" Street
Suite 100
San Diego, California 92101
Telephone:  (619) 232-0620
Facsimile:  (619) 233-4145

CJA Attorney for Defendant
GABRIEL CASTRO

# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

### (Hon. M. James Lorenz)

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br>vs.<br><br>GABRIEL CASTRO,<br><br>Defendant. | ) CASE NO. 08 CR 248 L<br>)<br>) JOINT MOTION FOR<br>) CONTINUANCE OF MOTIONS<br>) HEARING<br>)<br>) Current Date: February 25, 2008<br>) Time:  2:00 p.m.<br>)<br>) Prop. Date: March 3, 2008<br>)  Time:  2:00 p.m.<br>) |

NOW COMES Defendant, Gabriel Castro, by and through his CJA court-appointed counsel, Martin G. Molina, and Plaintiff, the United States of America, by and through counsel, Randy K. Jones, and herein jointly request this Court to continue the motions hearing currently set for February 25, 2008 at 2:00 p.m., to March 3, 2008 at 2:00 p.m.

The basis for this request is that defense counsel will be out of the district on February 25, 2008.  Defendant is presently on pretrial release. An acknowledgment executed by Defendant is attached herein.  A discovery motion previously filed by Defendant on February

2, 2008 is currently pending.  The instant request constitutes Defendant's first request for a continuance.

Respectfully submitted,

Dated: February 15, 2008

By: /s/ Martin G. Molina
Martin G. Molina
mmolinaesq@yahoo.com
Attorney for Defendant
GABRIEL CASTRO

Dated:  February 15, 2008

By: /s/ Randy K. Jones-electronic signature per telephonic authorization_____
Randy K. Jones
Assistant United States Attorney