Martin G. Molina, Calif. Bar No. 176934
LAW OFFICE OF MARTIN G. MOLINA
185 West "F" Street, Suite 100
San Diego, CA 92101
Telephone: (619) 232-0620
Facsimile: (6198) 233-4145
CJA Attorney for Defendant
GABRIEL CASTRO

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

(Hon. M. James Lorenz)

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CASE NO. 08 CR 248 L |
| ) | |
| Plaintiff, ) | **DEFENDANT'S** |
| ) | **ACKNOWLEDGMENT OF** |
| vs. ) | **OBLIGATION TO APPEAR IN** |
| ) | **COURT ON MARCH 3, 2008 AT** |
| ) | **2:00 P.M.** |
| GABRIEL CASTRO, ) | |
| ) | |
| ) | |
| Defendant. ) | |

I, Gabriel Castro, the defendant in the above captioned case recognize and acknowledge my obligation to appear in court on March 3, 2008 at 2:00 p.m. before the Honorable M. James Lorenz for a hearing on motions. I acknowledge that failure to appear will constitute a violation of my conditions of pretrial release.

Dated: 02-13-08

_____
GABRIEL CASTRO

08 CR 248 L