UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

(Hon. M. James Lorenz)

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>          Plaintiff,<br>vs.<br><br>GABRIEL CASTRO,<br><br>          Defendant. | ) CASE NO. 08 CR 248 L<br>)<br>) ORDER GRANTING JOINT<br>) MOTION FOR CONTINUANCE OF<br>) MOTIONS<br>)<br>)<br>)<br>)<br>) |

GOOD CAUSE EXISTING, THE COURT ORDERS that Defendant's hearing on motions to be continued from February 25, 2008 to March 3, 2008 at 2:00 p.m.

IT IS SO ORDERED.

Date: February 19, 2008

_____
HON. M. JAMES LORENZ
UNITED STATES DISTRICT JUDGE

08 CR 248 L