1  KAREN P. HEWITT
   United States Attorney
2  RANDY K. JONES
   Assistant U.S. Attorney
3  California State Bar No. 141711
   Federal Office Building
4  880 Front Street, Room 6293
   San Diego, California  92101-8893
5  Telephone: (619) 557-5684
   randy.jones2@usdoj.gov
6
   Attorneys for Plaintiff
7  United States of America

8                         UNITED STATES DISTRICT COURT

9                        SOUTHERN DISTRICT OF CALIFORNIA

10 UNITED STATES OF AMERICA,         )   Criminal Case No.  08CR0248-L
                                     )
11              Plaintiff,            )   DATE:    March 3, 2008
                                     )   TIME:    2:00 p.m.
12      v.                           )
                                     )   GOVERNMENT'S NOTICE OF MOTION
13 GABRIEL CASTRO,                   )        AND MOTION FOR:
                                     )
14              Defendant.            )   (1)    RECIPROCAL DISCOVERY
                                     )
15 _____)

16                                NOTICE OF MOTION

17      TO:    Martin G. Molina, counsel for Defendant GABRIEL CASTRO:

18      PLEASE TAKE NOTICE that on Monday, March 3, 2008, at 2:00 p.m., or as soon thereafter

19 as counsel may be heard, plaintiff, UNITED STATES OF AMERICA, by its counsel, Karen P. Hewitt,

20 United States Attorney, and RANDY K. JONES, Assistant United States Attorney, will move the court

21 for an order granting the Government's Motion for Reciprocal Discovery.

22 //

23 //

24 //

25 //

26 //

27 //

28

## MOTION

COMES NOW the plaintiff, UNITED STATES OF AMERICA, by and through its counsel, KAREN P. HEWITT, United States Attorney, and RANDY K. JONES, Assistant United States Attorney, and hereby moves this Court for an Order granting the Government's motion for reciprocal discovery as required pursuant to Rule 16(b), Fed.R.Crim.P.

Date: February 29, 2008

Respectfully submitted,

KAREN P. HEWITT
United States Attorney

s/ Randy K. Jones

_____
RANDY K. JONES
Assistant United States Attorney
Attorneys for Plaintiff
United States of America
Email: randy.jones2@usdoj.gov

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Case No. 08CR0248-L |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | CERTIFICATE OF SERVICE |
| GABRIEL CASTRO, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

IT IS HEREBY CERTIFIED THAT:

    I, RANDY K. JONES, am a citizen of the United States and am at least eighteen years of age. My business address is 880 Front Street, Room 6293, San Diego, California 92101-8893.

    I am not a party to the above-entitled action. I have caused service of Government's Notice of Motion and Motion for Reciprocal Discovery on the following party by electronically filing the foregoing with the Clerk of the District Court using its ECF System, which electronically notifies them.

    1. Martin G. Molina    E-mail: mmolinaesq@yahoo.com

I declare under penalty of perjury that the foregoing is true and correct.

Executed on February 29, 2008.

                                            s/ Randy K. Jones
                                            RANDY K. JONES