

1  KAREN P. HEWITT
   United States Attorney
2  RANDY K. JONES
   Assistant United States Attorney
3  California State Bar No. 141711
   United States Attorney's Office
4  Federal Office Building
   880 Front Street, Room 6293
5  San Diego, California 92101
   Telephone: (619) 557-5684
6
   Attorneys for Plaintiff
7  UNITED STATES OF AMERICA

8
                UNITED STATES DISTRICT COURT
9
                SOUTHERN DISTRICT OF CALIFORNIA
10

11 UNITED STATES OF AMERICA,     )    Criminal Case No. 08CR0248-L
                                 )
12              Plaintiff,       )
                                 )    STIPULATION OF FACT AND JOINT
13        v.                     )    MOTION FOR RELEASE OF
                                 )    MATERIAL WITNESS AND ORDER
14 GABRIEL CASTRO,               )    THEREON
                                 )
15              Defendant.       )
   _____)

16      IT IS HEREBY STIPULATED AND AGREED between the plaintiff,

17 UNITED STATES OF AMERICA, by and through its counsel, Karen P. Hewitt, United States

18 Attorney, and Randy K. Jones, Assistant United States Attorney, and defendant GABRIEL

19 CASTRO, by and through and with the advice and consent of defense counsel, Martin Molina, that:

20      1.   Defendant agrees to execute this stipulation and to participate in a full and complete

21 inquiry by the Court into whether defendant knowingly, intelligently and voluntarily entered into it.

22      2.   The material witness, A.G.R., a juvenile, in this case:

23           a.   Is an alien with no lawful right to enter or remain in the United States;

24           b.   Entered or attempted to enter the United States illegally on or about

25 January 15, 2008;

26           c.   Was found in a vehicle driven by Defendant at the San Ysidro, California Port

27 of Entry (POE) and that defendant knew or acted in reckless disregard of the fact that he was an alien

28 with no lawful right to enter or remain in the United States;

        d.      Was paying or having others pay on the alien's behalf $2,500.00 to others to be brought into the United States illegally and/or transported illegally to his destination therein; and,

        e.      May be released and remanded immediately to the Department of Homeland Security for return to his country of origin.

3.      After the material witness is ordered released by the Court pursuant to this stipulation and joint motion, if defendant withdraws his guilty plea to the charge of bringing in an alien without presentation, in violation of 8 U.S.C. § 1324(a)(2)(B)(iii), defendant agrees that in any proceeding, including, but not limited to, motion hearings, trial, sentencing, appeal or collateral attack, that:

        a.      The stipulated facts set forth in paragraph 2 above shall be admitted as substantive evidence;

        b.      The United States may elicit hearsay testimony from arresting agents regarding any statements made by the material witness provided in discovery, and such testimony shall be admitted as substantive evidence under Fed. R. Evid. 804(b)(3) as statements against interest of (an) unavailable witness(es); and,

        c.      Understanding that under <u>Crawford v. Washington</u>, 124 S. Ct. 1354 (2004), "testimonial" hearsay statements are not admissible against a defendant unless defendant confronted and cross-examined the witness who made the "testimonial" hearsay statements, defendant waives the right to confront and cross-examine the material witness in this case.

4.      By signing this stipulation and joint motion, defendant certifies that defendant has read it (or that it has been read to defendant in defendant's native language). Defendant certifies further that defendant has discussed the terms of this stipulation and joint motion with defense counsel and fully understands its meaning and effect.

//

//

//

//

Stipulation of Fact and Joint Motion for Release of
Material Witness And Order Thereon in
United States v. Gabriel Castro        2        08CR0248-L

1  Based on the foregoing, the parties jointly move the stipulation into evidence and for the
2  immediate release and remand of the above-named material witness to the Department of Homeland
3  Security for his transfer and delivery to the custody of the Mexican Consulate in San Diego, for his
4  proper return to his country of origin.

5  It is STIPULATED AND AGREED this date.

6  Respectfully submitted,

7  KAREN P. HEWITT
   United States Attorney

9  Dated: 3/25/08

   RANDY K. JONES
10  Assistant United States Attorney

11 Dated: March 25, 2008

12 MARTIN G. MOLINA
   Defense Counsel for Gabriel Castro

14 Dated: 3/25/08

15 GABRIEL CASTRO
   Defendant

1 | **ORDER**

2 | Upon joint application and motion of the parties, and for good cause shown,

3 | **THE STIPULATION** is admitted into evidence, and,

4 | **IT IS ORDERED** that the above-named material witness be released and remanded

5 | forthwith to the Department of Homeland Security for his transfer and delivery to the custody of the

6 | Mexican Consulate in San Diego, for his proper return to A.G.R., a juvenile's country of origin.

8 | **SO ORDERED.**

9 | Dated: 3-25-08

   HONORABLE NITA L. STORMES
   United States District Judge

Stipulation of Fact and Joint Motion for Release of
Material Witness And Order Thereon in
United States v. Gabriel Castro     4     08CR0248-L