UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>)<br>Plaintiff )<br>)<br>)<br>vs. )<br>)<br>Gabriel Castro )<br>)<br>)<br>Defendant(s) )<br>) | CRIMINAL NO. 08CR248-L<br><br>ORDER<br><br>RELEASING MATERIAL WITNESS<br><br>Booking No. 06949298 |

On order of the United States District/Magistrate Judge,   **NITA L. STORMES**

IT IS HEREBY ORDERED that the following named person heretofore committed to the custody of the United States Marshal as a material witness be released from custody:   (Bond Posted / Case Disposed / Order of Court).

A.G.R., a juvenile

DATED: 3-25-08

**NITA L. STORMES**
UNITED STATES DISTRICT/MAGISTRATE JUDGE

RECEIVED _Andrew Rempe_       OR
DUSM

W. SAMUEL HAMRICK, JR.   Clerk
by _signature_
Deputy Clerk

CLERK'S OFFICE COPY
mc500 Crim-25 rev. 8-95