Martin G. Molina (California Bar No. 176934)
LAW OFFICE OF MARTIN G. MOLINA
185 West "F" Street
Suite 100
San Diego, California 92101
Telephone:  (619) 232-0620
Facsimile:   (619) 233-4145

CJA Attorney for Defendant
GABRIEL CASTRO

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

(Hon. M. James Lorenz)

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CASE NO. 08 CR 248 L |
| ) | |
| Plaintiff, ) | JOINT MOTION FOR |
| vs. ) | CONTINUANCE OF |
| ) | ACCEPTANCE OF PLEA AND |
| ) | SENTENCING  HEARING |
| GABRIEL CASTRO, ) | |
| ) | Current Date: May 27, 2008 |
| Defendant. ) | Time:  8:30 a.m. |
| ) | |
| ) | Prop. Date: July 7, 2008 |
| ) | Time:  8:30 a.m. |

   NOW COMES Defendant, Gabriel Castro, by and through his CJA court-appointed counsel, Martin G. Molina, and Plaintiff, the United States of America, by and through counsel, Randy K. Jones, and herein jointly request this Court to continue the acceptance of guilty plea and sentencing hearing currently set for May 27, 2008 at 8:30 a.m., to July 7, 2008 at 8:30 a.m.

   Defendant is presently on pretrial release. An acknowledgment executed by Defendant will be submitted, separately.  The parties agree that the time between March 13, 2008 and

1  July 7, 2008 is excludable under the Speedy Trial Act.

3  Respectfully submitted,

5  Dated: April 30, 2008

9  By: /s/ Martin G. Molina
10 Martin G. Molina
   mmolinaesq@yahoo.com
11 Attorney for Defendant
   GABRIEL CASTRO

15 Dated:  April 30, 2008

19 By: /s/ Randy K. Jones-electronic signature per authorization by e-mail_____
   Randy K. Jones
20 Assistant United States Attorney