1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

(Hon. M. James Lorenz)

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CASE NO.  08 CR 248 L |
| | ) | |
| Plaintiff, | ) | ORDER GRANTING JOINT |
| vs. | ) | MOTION FOR CONTINUANCE |
| | ) | |
| | ) | |
| GABRIEL CASTRO, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |
| | ) | |

GOOD CAUSE EXISTING, THE COURT ORDERS that Defendant's acceptance of plea and sentencing hearing shall be continued from May 27, 2008 to July 7, 2008 at 8:30 a.m.

The Court further orders that the time between March 13, 2008 and July 7, 2008 is excluded under the Speedy Trial Act.

IT IS SO ORDERED.

Date:  May 5, 2008

_____

HON. M. JAMES LORENZ
UNITED STATES DISTRICT JUDGE

08 CR 248 L