Martin G. Molina (California Bar No. 176934)
LAW OFFICE OF MARTIN G. MOLINA
185 West "F" Street
Suite 100
San Diego, California 92101
Telephone:  (619) 232-0620
Facsimile:  (619) 233-4145

CJA Attorney for Defendant
GABRIEL CASTRO

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

(Hon. M. James Lorenz)

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CASE NO. 08 CR 248 L |
| ) | |
| Plaintiff, ) | REQUEST FOR ORDER |
| vs. ) | SHORTENING TIME |
| ) | |
| ) | |
| GABRIEL CASTRO, ) | |
| ) | Sentencing Date: July 7, 2008 |
| Defendant. ) | Time:  8:30 a.m. |
| ) | |
| ) | |

NOW COMES Defendant, Gabriel Castro, by and through his CJA court-appointed counsel, Martin G. Molina, and herein requests this Court to issue an order shortening time to allow the filing of the (1) Request for Downward Departure and Variance and (2) Sentencing Memorandum Together With Points and Authorities, on June 26, 2008, eleven days before the sentencing hearing.

The basis for this request is that the presentence report was produced on June 5, 2008, four days late.  In addition, the defendant, who is on bond, could only meet with the

undersigned counsel during a weekend to review the report because of his employment obligations with NASSCO.  At the time of the meeting, defense counsel was involved with all of his other assignments in preparation for his vacation, from June 14 through the 28th.  As such, additional time was needed by counsel to complete the Request for Downward Departure and Variance and its supporting Sentencing Memorandum.

For the foregoing reasons, the defense respectfully requests this Court to issue an order shortening time to allow the filing of the Request for Downward Departure and Variance and its supporting Sentencing Memorandum, on June 26, 2008, eleven days prior to sentencing.


Respectfully submitted,

Dated: June 26, 2008




By: /s/ Martin G. Molina
Martin G. Molina
mmolinaesq@yahoo.com
CJA Attorney for Defendant
GABRIEL CASTRO