UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

(Hon. M. James Lorenz)

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CASE NO. 08 CR 248 L |
| Plaintiff, | ) | ORDER SHORTENING TIME |
| vs. | ) | |
| GABRIEL CASTRO, | ) | |
| Defendant. | ) | |

GOOD CAUSE EXISTING, THE COURT ORDERS that (1) Defendant's Request for Downward Departure and Variance and the (2) Sentencing Memorandum Together With Points and Authorities in Support of Request for Downward Departure and Variance be filed on June 26, 2008.

IT IS SO ORDERED.

Date: June 27, 2008

_____
HON. M. JAMES LORENZ
UNITED STATES DISTRICT JUDGE

08 CR 248 L