Martin G. Molina (California Bar No. 176934)
LAW OFFICE OF MARTIN G. MOLINA
185 West "F" Street
Suite 100
San Diego, California 92101
Telephone:  (619) 232-0620
Facsimile:   (619) 233-4145

CJA Attorney for Defendant
GABRIEL CASTRO

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

(Hon. M. James Lorenz)

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. 08 CR 248 L |
| Plaintiff, | JOINT MOTION FOR |
| vs. | CONTINUANCE OF SENTENCING HEARING |
| GABRIEL CASTRO, | Current Date: July 7, 2008 |
| Defendant. | Time:  8:30 a.m. |
| | Prop. Date: July 14, 2008 |
| | Time:  8:30 a.m. |

   NOW COMES Defendant, Gabriel Castro, by and through his CJA court-appointed counsel, Martin G. Molina, and Plaintiff, the United States of America, by and through counsel, Randy K. Jones, and herein jointly request this Court to continue the sentencing hearing currently set for July 7, 2008 at 8:30 a.m., to July 14, 2008 at 8:30 a.m.

   The basis for this request is that defense counsel will be undergoing an ambulatory surgical procedure in the area surrounding his left cheekbone on July 2, 2008 and is informed will sustain swelling and bruising for a period of five to ten days.   An acknowledgment signed by the defendant will be filed shortly.

Respectfully submitted,

Dated: July 2, 2008

By: /s/ Martin G. Molina
Martin G. Molina
mmolinaesq@yahoo.com
Attorney for Defendant
GABRIEL CASTRO

Dated:  July 2, 2008

By: /s/ Randy K. Jones-electronic signature per telephonic authorization_____
Randy K. Jones
Assistant United States Attorney