UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

(Hon. M. James Lorenz)

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CASE NO. 08 CR 248 L |
| ) | |
| Plaintiff, ) | ORDER |
| vs. ) | |
| ) | |
| GABRIEL CASTRO, ) | |
| ) | |
| Defendant. ) | |
| ) | |

GOOD CAUSE EXISTING, THE COURT ORDERS that Defendant's acceptance of plea and sentencing hearing to be continued from July 7, 2008 to July 14, 2008 at 8:30 a.m.

IT IS SO ORDERED.

Date: July 3, 2008

_____
HON. M. JAMES LORENZ
UNITED STATES DISTRICT JUDGE

08 CR 248 L