Martin G. Molina, Calif. Bar No. 176934
LAW OFFICE OF MARTIN G. MOLINA
185 West "F" Street, Suite 100
San Diego, CA 92101
Telephone: (619) 232-0620
Facsimile: (6198) 233-4145
CJA Attorney for Defendant
GABRIEL CASTRO

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

(Hon. M. James Lorenz)

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. 08 CR 248 L |
| Plaintiff, | **DEFENDANT'S ACKNOWLEDGMENT OF OBLIGATION TO APPEAR IN COURT ON JULY 14, 2008 AT 8:30 A.M.** |
| vs. | |
| GABRIEL CASTRO, | |
| Defendant. | |

I, Gabriel Castro, the defendant in the above captioned case recognize and acknowledge my obligation to appear in court on **July 14, 2008 at 8:30 a.m.** before the Honorable M. James Lorenz for acceptance of plea and sentencing hearing. I acknowledge that failure to appear will constitute a violation of my conditions of pretrial release.

Dated: July 7, 2008

_[signature]_
GABRIEL CASTRO

08 CR 248 L