UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

(Hon. M. James Lorenz)

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CASE NO. 08 CR 248 L |
| Plaintiff, | ) ) | CERTIFICATE OF SERVICE |
| vs. | ) ) ) | |
| GABRIEL CASTRO, | ) ) ) | |
| Defendant. | ) | |

I hereby certify that on today's date, I electronically filed the attached document with the Clerk of the Court using the CM/ECF system, which will automatically send electronic notification of such filing and a copy of such filing to the following:

Thomas G Gilmore tgglaw@sbcglobal.net

Randy K Jones Randy.Jones2@usdoj.gov, efile.dkt.gc1@usdoj.gov, Monica.Zamora@usdoj.gov

Date: July 9, 2008

By: /s/ Martin G. Molina
Martin G. Molina

08 CR 248 L